## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

KELLY A. MCQUAGE,

    Plaintiff/Counter-
    Defendant,

v.

SAFETY PRODUCTS, INC.,

    Defendant/Counter-
    Plaintiff.

Case No.2:18-cv-02781
Jury Demanded

## PLAINTIFF'S MOTION TO DISMISS UNDER THE DOCTRINE OF FORUM NON CONVENIENS AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

COMES NOW Plaintiff/Counter-Defendant Kelly A. McQuage (hereinafter "Ms. McQuage"), by and through counsel, and submits her motion to dismiss Defendant/Counter-Plaintiff's, Safety Products, Inc. (hereinafter "SPI"), counter-claim under the doctrine of *forum non conveniens* and for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6). In support thereof, Ms. McQuage relies on the Memorandum of Law in Support of Plaintiff's Motion to Dismiss Under the Doctrine of *Forum Non Conveniens* and for Failure to State a Claim Upon Which Relief can be Granted, submitted contemporaneously with this Motion. Ms. McQuage respectfully requests the Court dismiss SPI's counter-claim without prejudice.

Respectfully submitted,

BLACK MCLAREN JONES RYLAND & GRIFFEE
A Professional Corporation


By:  /s/ J. Mark Griffee_____
     J. Mark Griffee #7220
     Jana D. Lamanna #23619
     Christopher M. Williams #36256
     530 Oak Court Drive, Suite 360
     Memphis, TN 38117
     (901) 762-0535 – Telephone
     (901) 762-0527 – Fax
     mgriffee@blackmclaw.com
     jlamanna@blackmclaw.com
     cwilliams@blackmclaw.com

     *Attorneys for Kelly A. McQuage*


CERTIFICATE OF SERVICE

   I hereby certify a true and correct copy of the above and foregoing document has been served upon all counsel of record in this cause electronically through the Court's ECF filing system, on this the 21st day of December, 2018.

Angie Davis
Baker Donelson Bearman
Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103

Whitney Dowdy
Baker Donelson Bearman
Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103

Emma Davis
Baker Donelson Bearman
Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103


                              /s/ J. Mark Griffee_____